In the Matter of the Application of DAVID ROBSON for Restoration as an Attorney and Counsellor-at-Law.— Motion for reinstatement as an attorney and counsellor-at-law granted. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

ANTONIO LA ROCCA, Doing Business under the Name of DITTA LORENZO LA ROCCA, v. REY-PALMEIRO CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

MICHAEL KELLY, Respondent, v. OTIS ELEVATOR COMPANY, Appellant and Third-Party Plaintiff-Appellant. BARLOW-MEAGHER CO., INC., Third-Party Defendant-Respondent.— Motion for resettlement granted. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 363, 861.]

■

In the Matter of the Appointment of an Umpire in a Controversy between FULTON FIRE INSURANCE COMPANY, Respondent, and UNITED BOAT SERVICE CORPORATION, Appellant. HYMAN FRIED, Umpire-Respondent.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

ADOLPH HEIMLICH et al., v. ALLIED COMMONWEALTH CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

THEODORE ROBINSON v. JOE HERSHMAN et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

In the Matter of EDWARD SUMMIT, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

AMERICAN NEWS COMPANY, INC., v. AVON PUBLISHING CO., INC., et al.— Motion for resettlement denied. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ. [See 283 App. Div. 1041.]